JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAPID RACK INDUSTRIES, INC., a California corporation, | Case No.: CV11-07785-BRO (MRW) |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT ON JURY VERDICT** |
| CHINA EXPORT & CREDIT CORP., a Chinese corporation; ZHEJIAN JIAXING ZHONG DA GROUP CO., LTD., a Chinese corporation; DOES 1 through 10, inclusive, | **[Fed. R. Civ. P. 58]** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

ACTIVE 22512438v3

1

**JUDGMENT ON JURY VERDICT**

This action came on regularly for trial on September 10, 2013 in Courtroom 14 of the United States District Court, Central District, the Hon. Beverly Reid O'Connell, presiding, with Plaintiff Rapid Rack Industries, Inc. represented by counsel, Pircher, Nichols & Meeks, and Defendant Zhejian Jiaxing Zhongd Da Group Co., Ltd. Represented by counsel, Fox Rothschild LLP.

A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury.  The jury deliberated and returned into the Court with its verdict as follows:

**Rapid Rack Industries, Inc.'s ("Rapid Rack") Claim for Breach of Contract Against Zhejian Jiaxing Zhong Da Group Co., Ltd ("Zhongda"):**

　　____   On Rapid Rack's claim for breach of contract, we find in favor of Rapid Rack and against Zhongda and award damages to Rapid Rack in the amount of $_____; or

　　_X_   On Rapid rack's Claim for breach of contract, we find in favor of Zhongda and against Rapid Rack.

**Zhongda's Claim for Breach of Contract Against Rapid Rack:**

　　_X_   On Zhongda's claim for breach of contract, we find in favor of Zhongda and against Rapid Rack and award damages to Zhongda in the amount of $3,398,000; or

　　___   On Zhongda's claim for breach of contract, we find in favor of Rapid Rack and against Zhongda.

In conformity with the Jury Verdict rendered on September 19, 2013 following trial of the above-captioned action, and pursuant to the Order re Stay of All Claims Against China Export Credit Insurance Corporation ("CECIC") issued by this Court on September 12, 2012 (Docket No. 23) ("Order Re Stay"), Zhongda and CECIC are entitled to judgment against Rapid Rack.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff Rapid Rack takes nothing from Defendant Zhongda; and
2. A judgment in favor of Zhongda and CECIC jointly but not severely against RapidRack shall be entered in the amount of $3,398,000, Zhongda is entitled to recover costs of suit.  Zhongda shall file the appropriate motion for costs and any prejudgment or postjudgment interest.  The Court reserves jurisdiction to determine cost and interest due Zhongda.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to the Order re Stay:

3. Plaintiff Rapid Rack takes nothing from Defendant CECIC;
4. Plaintiff Rapid Rack's request for declaratory relief against CECIC is denied; and
5. Pursuant to the stipulation of the parties, CECIC shall not be entitled to any relief against Rapid Rack except as provided in paragraph 2, above.

**IT IS SO ORDERED.**

Dated:  October 8, 2013

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge