# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-7785 BRO (MRWx) | Date | May 13, 2015 |
| Title | Rapid Rack Industries v. China Export and Credit Corp | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | CS 5/13/2015 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | William K. Enger |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE WHY JUDGMENT DEBTOR SHOULD NOT BE HELD IN CONTEMPT OF COURT

    The Judgment Creditor personally served Jeffrey Allen, an agent for Judgment Debtor Rapid Rack, with an order regarding a judgment debtor exam. (Docket # 145, 147.) The order required the agent to appear in federal court on May 13 for that proceeding. However, Mr. Allen was not in court today when the case was called. The Court understands from the creditor's attorney that Mr. Allen may wish to be represented by an attorney.

    **IT IS HEREBY ORDERED** that Mr. Allen will appear in the United States District Court, 255 E. Temple St., Courtroom 550, Los Angeles, California, on <u>Wednesday, July 22, at 9:30 a.m.</u>, to show cause why he should not be found in contempt of court for failure to obey the Court's previous judgment debtor order. However, Mr. Allen may discharge this OSC without consequence by appearing for a judgment debtor at a date and time mutually agreed upon with creditor's counsel <u>before</u> then.

    Creditor's counsel is directed to personally serve this OSC on Mr. Allen and file a proof of service with the Court in advance of the hearing.

| | : | 25 |
|---|---|---|
| | Initials of Preparer | vm |